UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

TOMMIE BOOSE,

Supervisee.

No. 12-cr-322 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's request for early termination of his ten-year term of supervised release. IT IS HEREBY ORDERED THAT the government shall submit a letter responding to Supervisee's request by September 22, 2022.

SO ORDERED.

Dated: September 9, 2022
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation