UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TOMMIE BOOSE,

                Supervisee.

No. 12-cr-322 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      Because the Court previously transferred this matter to the United States District Court for the Eastern District of New York (Doc. No. 595), the Court lacks jurisdiction to review Supervisee's motion for early termination of his supervised release. Accordingly, IT IS HEREBY ORDERED THAT the proceeding in this matter, which is currently scheduled for Thursday, September 29, 2022, is cancelled. The Court extends its best wishes to Mr. Boose in all his future endeavors.

SO ORDERED.

Dated:    September 28, 2022
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation